# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00295-MR

| | |
|---|---|
| JEFFREY SCOTT COLLIER and ANDREA BETIM COLLIER, <br><br> Plaintiffs, <br><br> vs. <br><br> TEAM CARE – A CENTRAL STATES HEALTH PLAN, <br><br> Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Francis J. Carey as counsel *pro hac vice*. [Doc. 4]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 4] is **ALLOWED**, and Francis J. Carey is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

Signed: November 15, 2019

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge