THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00295-MR

| | |
|---|---|
| JEFFREY SCOTT COLLIER and ANDREA BETIM COLLIER, ) ) ) Plaintiffs, ) ) vs. ) ) TEAMCARE – A CENTRAL STATES ) HEALTH PLAN, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay (or Continue) All Proceedings [Doc. 13].

The parties move for an Order staying, or alternatively continuing, all proceedings in this matter for a period of 90 days so that the administrative appeal may be re-opened for the consideration of additional evidence and/or argument by the Plaintiffs in support their request for coverage. [Doc. 13]. For the reasons stated by the parties, and for cause shown, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Stay (or Continue) All Proceedings [Doc. 13] is **GRANTED**, and this matter is hereby **STAYED** for a period of ninety (90) days. Upon the expiration of the

90-day period, the parties shall file a status report advising the Court of the results of the re-opened appeal.

**IT IS SO ORDERED.**

Signed: January 24, 2020

Martin Reidinger
United States District Judge